UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              4:06cr82 JLH

HAROLD JEROME KELLEY                                              DEFENDANT(S)

ORDER

The government has filed a Motion to Revoke Bond (doc #27) with a request that a warrant be issued and that a hearing be held requiring Harold Jerome Kelley to show cause why his conditions of release should not be revoked.   The motion for warrant is GRANTED.

The Clerk is directed to issue a warrant for above named defendant and deliver to the U.S. Marshal's office.

The United States Marshal or the arresting officer is directed to bring the defendant before the undersigned and a hearing will be scheduled forthwith.

IT IS SO ORDERED this  25th  day of April 2006.

　　　　　　　　　　　　　　　　　  /s/ John F. Forster, Jr.
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE