**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                              No. 4:06CR00082-02 JLH

HAROLD JEROME KELLEY                                                                         DEFENDANT

**ORDER**

Harold Jerome Kelley has filed a motion to review the magistrate's order to revoke bond pursuant to 18 U.S.C. § 3145. On October 4, 2006, the Court held a hearing on pending motions, including that motion. Mr. Kelley appeared in person and through his attorney, Sharita Blacknall. The United States appeared through Assistant United States Attorney Angela Jegley. Based upon all of the evidence presented, upon *de novo* review, the Court finds by clear and convincing evidence that Mr. Kelley poses a risk to the community and a flight risk, such that no less restrictive means will ensure his appearance and the safety of the community. Mr. Kelley will remain in the custody of the United States Marshal until trial. Document #85.

IT IS SO ORDERED this 11th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE